# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  WILLIAM E. DENNIS, JR.　　§　　Case No. 06-71039
　　　　SUSAN E. RACZ　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtors　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/17/2006.

2) The plan was confirmed on 08/29/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/10/2007, 12/15/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2008, 04/08/2009.

5) The case was converted on 04/24/2009.

6) Number of months from filing or conversion to last payment: 33.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $60,678.71.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 11,602.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 11,602.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,923.11 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 748.85 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,671.96 |
| Attorney fees paid and disclosed by debtor: | $ 324.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF HENRY REPAY | Lgl | 2,200.00 | 3,514.00 | 3,514.00 | 2,923.11 | 0.00 |
| BLACKHAWK STATE BANK | Sec | 2,118.00 | 1,802.92 | 1,802.92 | 1,802.92 | 61.89 |
| BLACKHAWK STATE BANK | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL CITY MORTGAGE | Sec | 6,500.00 | 4,225.79 | 4,225.79 | 4,225.79 | 0.00 |
| BOHLMAN WATER CONSULTANTS | Uns | 58.40 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 3,087.11 | 4,151.13 | 4,151.13 | 277.87 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.92 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 192.16 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 535.80 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 140.40 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 190.29 | NA | NA | 0.00 | 0.00 |
| DR. GREGORY R. STEWART, DMD | Uns | 183.10 | NA | NA | 0.00 | 0.00 |
| EDUCATORS OF BEAUTY | Uns | 6,625.00 | NA | NA | 0.00 | 0.00 |
| GREEN FARM TOWNHOUSES | Uns | 765.72 | NA | NA | 0.00 | 0.00 |
| HHM 13 / EMERGENCY SERVICES | Uns | 233.75 | NA | NA | 0.00 | 0.00 |
| NEXTEL / SPRINT PCS | Uns | 75.75 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 1,045.19 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SERVICES INC. | Uns | 123.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RADIOLOGY CONSULT OF | Uns | 89.32 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,557.00 | 1,662.50 | 1,662.50 | 111.28 | 0.00 |
| ROCKFORD ASSOC PATHOLOGY | Uns | 855.35 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Uns | 131.85 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 5,208.03 | NA | NA | 0.00 | 0.00 |
| TRUGREEN CHEMLAWN | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 9,017.68 | 2,446.05 | 2,446.05 | 163.73 | 0.00 |
| UIC CLINICS | Uns | 1,417.20 | NA | NA | 0.00 | 0.00 |
| UNITED EQUITABLE INSURANCE | Uns | 149.44 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY MEDICAL SERVICES | Uns | 1,417.20 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON WIRELESS | Uns | 298.94 | 226.89 | 226.89 | 15.18 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | 172.34 | 172.34 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 6,604.30 | 6,604.30 | 442.07 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 6,812.62 | 6,812.62 | 456.01 | 0.00 |
| UNITED CREDIT SERVICE INC | Uns | 0.00 | 29.00 | 29.00 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 0.00 | 3,940.86 | 3,940.86 | 263.79 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 1,359.92 | 1,359.92 | 91.03 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 276.12 | 276.12 | 18.48 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 94.38 | 94.38 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 222.09 | 222.09 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MGMT | Uns | 146.80 | NA | NA | 0.00 | 0.00 |
| AFFORDABLE WATER | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| COM ED | Uns | 483.24 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 669.77 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 477.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 1,735.00 | NA | NA | 0.00 | 0.00 |
| JAMES P. CHAPKO DDS | Uns | 290.80 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 38.40 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 1,312.91 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANETHESIOLOGISTS | Uns | 79.50 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 15.40 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 5,396.67 | NA | NA | 0.00 | 0.00 |
| UIC CLINICS | Uns | 1,417.20 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERIZON WIRELESS | Uns | 817.55 | NA | NA | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 4,225.79 | $ 4,225.79 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,802.92 | $ 1,802.92 | $ 61.89 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,028.71 | $ 6,028.71 | $ 61.89 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 27,998.20 | $ 1,839.44 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 3,671.96 |
| Disbursements to Creditors | $ 7,930.04 |
| **TOTAL DISBURSEMENTS:** | $ 11,602.00 |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/08/2009                By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)